# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CLEAR SKIES NEVADA, LLC,**

    **Plaintiff,**

**v.**                                              **Case No:   6:15-cv-1987-Orl-31TBS**

**ALEC REECE,**

    **Defendant.**

## ORDER

This cause comes before the Court on Plaintiff's Motion for Entry of Default Final Judgment and Permanent Injunction against Defendant Alec Reece (Doc. 28), filed June 9, 2016.

On June 15, 2016, the United States Magistrate Judge issued a report (Doc. 29) recommending that the motion be granted in part and denied in part. No objections have been filed.  Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Motion for Default Final Judgment and Permanent Injunction is **GRANTED** to the extent that default final judgment is entered.   **T**he Clerk is directed to enter final default judgment in favor of Plaintiff and against Defendant in the amount of $9,522.00, which represents $6,000.00 statutory damages and $3,522.00 attorney's fees and costs.

    3.    A permanent injunction is hereby **ENTERED** against Alec Reece as follows:

Defendant Alec Reece is hereby permanently enjoined, from directly or indirectly (a) infringing Plaintiff's rights in the copyrighted motion picture, including without limitation by using the internet to reproduce or copy the motion picture; (b) distributing the motion picture; (c)

making the motion picture available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff; (d) requiring Reece to destroy all copies of the motion picture that Reece has downloaded onto any computer hard drive or server without Plaintiff's authorization; and (e) requiring Reece to destroy all copies of the motion picture that have been transferred onto any physical medium or device in Reece's possession, custody, or control.

4. After entry of judgment, the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 7, 2016.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party